IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CORNELLEO SABLAN CORPUZ,**    2:10-CV-00016-SU

    **Petitioner,**    ORDER

**v.**

**RICK COURSEY,**

    **Respondent.**

**BROWN, Judge.**

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#33) on July 27, 2011, in which she recommended the Court deny the Petition (#2) for Writ of Habeas Corpus, dismiss this matter with prejudice, and decline to issue a certificate of appealability. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In his Objections, Petitioner reiterates the arguments contained in his Petition and Memorandum in Support of his Petition.  This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#33), **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice,** and **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 3rd day of November, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER