IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CORNELLEO SABLAN CORPUZ,**          2:10-CV-00016-SU

    **Petitioner,**                JUDGMENT

**v.**

**RICK COURSEY,**

    **Respondent.**

    Based on the Court's Order (#\_45) issued November 3, 2011, the Court **DISMISSES** this matter **with prejudice** and **DECLINES** to issue a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 3rd day of November, 2011.

                            /s/ Anna J. Brown

                              ANNA J. BROWN
                              United States District Judge

1 - JUDGMENT